## S92A0264. VANNOSTRAN et al. v. MOUNTAINSIDE BUILDERS, INC. et al.
(416 SE2d 89)

CLARKE, Chief Justice.

This case, which was dismissed on the grounds of sovereign immunity, is controlled by *Donaldson v. Dept. of Transp.*, 262 Ga. 49 (414 SE2d 638) (1992). Because this action was filed before the effective date of the amendment to Art. I, Sec. II, Par. IX of the Constitution of the State of Georgia, the amended provision does not apply. Id. We therefore reverse.

*Judgment reversed. All the Justices concur.*

DECIDED APRIL 9, 1992.

*Rafe Banks III, District Attorney,* for appellants.
*Drew, Eckl & Farnham, T. Bart Gary,* for appellees.